Terrence CURRY, Appellant,

v.

STATE of Missouri, Respondent.

WD 77302

Missouri Court of Appeals,
Western District.

ORDER FILED: AUGUST 11, 2015

Rachel Sara Flaster, Jefferson City, MO, Counsel for Respondent.

Edward Scott Thompson, St. Louis, MO, Counsel for Appellant.

Before Division Three: Mark D. Pfeiffer, PJ., Gary D. Witt, Anthony Rex Gabbert, JJ

**ORDER**

Per Curiam:

Terrence Curry appeals from a judgment denying his Rule 24.035 motion for post-conviction relief after he pleaded guilty to two counts of robbery in the first degree, six counts of forcible sodomy, one count of attempted forcible rape, and one count of forcible rape. We affirm. Rule 84.16(b).